No. 579. JESSIE L. WAYMIRE, ADMINISTRATRIX, ETC. *v.* ATCHISON, TOPEK & SANTA FE RAILWAY COMPANY. De-

cember 20, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. E. C. Brandenburg* and *Mr. Charles W. Steiger* for petitioner. No appearance for respondent.